## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

__ UNITED STATES OF AMERICA __  v.  __ THOMAS LING MING CHA __

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                    CASE NO.  __3:04-CR-00020-JDR__

__Dan Maus__

PROCEEDINGS: **CLERK'S NOTICE**                  DATE: May 9, 2006

      In reviewing the above-referenced file, the Court finds it has possession of a passport belonging to defendant Thomas Ling Ming Cha.  Any party wishing to have said item returned to them needs to file a motion to return said item with a proposed order for the court's consideration.

[CLERKNOT.CR]2/98