Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.                                                          Case No. A04-0020 CR (AHB)

Thomas Ling Ming Cha

On June 28, 2004, the above-named was placed on probation for a period of three years. The defendant has complied with the rules and regulations of probation for a period of two years and is no longer in need of supervision. The defendant has been diligent in making his payments toward his fine of $10,000, which he made his last payment on May 2, 2006. It is accordingly recommended that Thomas Ling Ming Cha be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

**REDACTED SIGNATURE**

Chris Liedike
U.S. Probation/Pretrial Services Officer

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this  12  day of  June , 2006.

**REDACTED SIGNATURE**

Terrance W. Hall
United States Magistrate Judge