**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>                        Plaintiff,    )<br>vs.                                               )<br>                                                      )<br>TOMMY CHA,                          )<br>                                                      )<br>                        Defendant.  )<br>_____ ) | Case No. A04-020 CR (AHB) |

**MOTION FOR RETURN OF PASSPORT**

COMES NOW the defendant, Tommy Cha, and requests that this court enter an order directing the clerk to return his U.S.A. passport.

DATED this _____ day of July 2006.

_____
MICHAEL J. KEENAN
Attorney for the Defendant
Alaska Bar No.: 7405024