UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff,   ) | |
| vs.                                            ) | |
| ) | |
| TOMMY CHA,                                ) | |
| ) | |
| Defendant.  ) | Case No. A04-020 CR (AHB) |
| ) | |

## **ORDER**

The motion of the defendant Tommy Cha for the return of his passport is GRANTED.

The clerk is directed to return to the defendant, or his counsel, his USA passport.

_____
The Honorable John D. Roberts
U.S. Magistrate Judge