UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>　　　　　　　　Plaintiff, )<br>vs. )<br>)<br>TOMMY CHA, )<br>)<br>　　　　　　　　Defendant. )<br>　　　　　　　　　　　　　　　　) | Case No. A04-020 CR (AHB) |

## **NOTICE**

The defendant gives notice of the filing of a corrected motion.

DATED this 28th day of July 2006.

　　　　　　　　　　　　　　　s/ MICHAEL J. KEENAN
　　　　　　　　　　　　　　　Attorney for the Defendant
　　　　　　　　　　　　　　　601 W. 5th Avenue, Suite 700
　　　　　　　　　　　　　　　Anchorage AK 99501
　　　　　　　　　　　　　　　Phone: 907-274-1634
　　　　　　　　　　　　　　　Fax: 907-274-1635
　　　　　　　　　　　　　　　E-mail: mjkatty@acsalaska.net
　　　　　　　　　　　　　　　Alaska Bar No.: 7405024