UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>              Plaintiff,    )<br>                              )<br>vs.                           )<br>                              )<br>TOMMY CHA,                    )<br>                              )<br>              Defendant.    )<br>_____ ) | Case No. A04-020 CR (AHB) |

**MOTION FOR RETURN OF PASSPORT**

COMES NOW the defendant, Tommy Cha, and requests that this court enter an order directing the clerk to return his U.S.A. passport.

DATED this _____ day of July 2006.

> s/ MICHAEL J. KEENAN
> Attorney for the Defendant
> 601 W. 5th Avenue, Suite 700
> Anchorage AK 99501
> Phone: 907-274-1634
> Fax: 907-274-1635
> E-mail: mjkatty@acsalaska.net
> Alaska Bar No.: 7405024