UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>        vs.<br><br>TOMMY CHA,<br><br>                    Defendant. | 3-04-cr-00020-AHB<br><br>**ORDER**<br>**REGARDING**<br>**MOTION FOR RETURN OF**<br>**PASSPORT**<br><br>(Docket No. 31) |

Defendant's Motion for the return of his passport, Docket No. 31, is hereby GRANTED. The clerk is directed to return to the defendant, or his counsel, his USA passport.

DATED this 21st day of August, 2006, at Anchorage, Alaska.

                                /s/ John D. Roberts
                                JOHN D. ROBERTS
                                United States Magistrate Judge